IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMAR MOHAMMAD AKBARYAR,

    Plaintiff,

  v.

WORLD SAVINGS BANK, FSB, *et al.*,

    Defendants.

No. C 17-01096 WHA

**ORDER TO SHOW CAUSE**

Two defendants moved to dismiss (Dkt. No. 12). Plaintiff's response was due on April 4. Now, more than two weeks later, no response has been filed. By **APRIL 27 AT NOON**, plaintiff shall file his opposition, and he shall separately **SHOW CAUSE**, in writing, supported by sworn declarations, why the action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 19, 2017.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE