|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION | |
| | OMAR MOHAMMAD AKBARYAR, an individual<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 19 TRUST; WORLD SAVINGS BANK, FSB; WORLD SAVINGS BANK, FSB,<br><br>Defendants. | CASE NO.: 3:17-CV-01096-WHA<br><br>[The Honorable William H. Alsup]<br><br>**ORDER VACATING MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed the Notice of Settlement submitted by the parties and good cause appearing, hereby orders as follows:

The hearings on the defendants' Motion to Dismiss and the initial Case Management Conference, both presently scheduled for May 25, 2017, are VACATED.

The Court sets a status conference for ___June 22___, 2017 at __11__ a.m. If a stipulated dismissal of the action has not already been filed and this status conference is

necessary, the parties shall coordinate and file a joint report at least seven (7) days prior to the status conference, providing the Court with an update concerning the latest case developments.

**IT IS SO ORDERED.**

Dated: May 1, 2017.

_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE