IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMAR MOHAMMAD AKBARYAR,

    Plaintiff,

v.

WORLD SAVINGS BANK, FSB, *et al.*,

    Defendants.

    No. C 17-01096 WHA

**ORDER RE JUNE 22 HEARING**

Both sides shall appear at the June 22 case management conference as previously noticed on June 7.

**IT IS SO ORDERED.**

Dated: June 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE