Omar Mohammad Akbaryar
    omarakbaryar@gmail.com
2683 Spindrift Circle
Hayward, California 94545
Tel: (510) 314-9547

PLAINTIFF, Pro Se


Michael Rapkine (#222811)
    mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
301 North Lake Ave., Suite 1100
Pasadena, California 91101
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendants
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and the BANK OF NEW YORK MELLON, as TRUSTEE ("BNYM"), responding in place of the erroneously named "Bank of New York"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR MOHAMMAD AKBARYAR, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>WORLD SAVINGS BANK, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 19 TRUST; WORLD SAVINGS BANK, FSB; WORLD SAVINGS BANK, FSB,<br><br>　　　　　Defendants. | Case No. 3:17-cv-01096-WHA<br><br>[Assigned to the Hon. William H. Alsup]<br><br>**JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |

Pursuant to a confidential settlement agreement executed by the parties, plaintiff OMAR MOHAMMAD AKBARYAR and the defendants (WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB, as well as the BANK OF NEW YORK MELLON) (collectively, the "parties"), hereby stipulate and agree as follows:

1. The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Each party shall bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 29, 2017

Respectfully submitted,

By: _____
Omar Mohammad Akbaryar
Plaintiff, Pro Se

Dated: ~~May 29,~~ June 19, 2017

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____
Michael Rapkine
Attorneys for Defendants
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") and the BANK OF NEW YORK MELLON, as TRUSTEE ("BNYM"), responding in place of the erroneously named "Bank of New York"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR MOHAMMAD AKBARYAR, an individual,<br><br>Plaintiff,<br>v.<br><br>WORLD SAVINGS BANK, FSB; THE BANK OF NEW YORK AS TRUSTEE FOR SECURITIZED TRUST WORLD SAVINGS BANK MORTGAGE PASS-THROUGH CERTIFICATES REMIC 19 TRUST; WORLD SAVINGS BANK, FSB; WORLD SAVINGS BANK, FSB,<br><br>Defendants. | Case No. 3:17-cv-01096-WHA<br><br>[Assigned to the Hon. William H. Alsup]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement that has been executed by the parties, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed with prejudice as to all defendants;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: \_\_\_\_\_June 20\_\_\_\_\_, 2017.

_____
HON. WILLIAM H̶. ALSUP
UNITED STATES DISTRICT JUDGE